STATE of Missouri, Respondent,

v.

Arrian HARRIS, Appellant.

No. ED 97246.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 14, 2012.

Timothy Forneirs, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J.; PATRICIA L. COHEN, J.; and KURT S. ODENWALD, J.

#### ORDER

PER CURIAM.

Arrian Harris appeals the judgment entered upon a jury verdict finding him guilty of three counts of first-degree robbery, Section 569.020 RSMo 2000, and three counts of armed criminal action, Sec-

tion 571.015 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).

LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., KURT S. ODENWALD, J. concurring.